1034

[No. 27759-3-III.   Division Three.   April 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CINDY MARIE UTTER, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 08-1-00027-8, Allen Nielson, J., entered January 26, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28154-0-III.   Division Three.   April 22, 2010.]

KELLY SCHERZA, *Appellant*, v. TAWNY YOUNGMAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03274-1, Ellen K. Clark, J., entered May 6, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 28213-9-III.   Division Three.   April 22, 2010.]

CHRISTOPHER A. DUNCAN, *Respondent*, v. CATHERINE A. PETERSCHICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-00790-0, Paul A. Bastine, J. Pro Tem., entered June 9, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 61417-7-I.   Division One.   April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHASE DAUGHERTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-01073-8, Michael S. Spearman, J. Pro Tem., entered February 15, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.